/09

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul J.,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.:  5:23-cv-01432-MAA<br><br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $8,000.00 and $402.00 in costs under 28 U.S.C. § 1920.

**IT IS SO ORDERED**.

DATED: 09/23/2024

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

1

5:23-cv-01432-MAA